Petition for Writ of Mandamus Denied and Opinion filed April 24, 2003









Petition for Writ of Mandamus Denied and Opinion filed
April 24, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00407-CV

____________

 

IN RE DAYMEON BRADFORD, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On April 11, 2003, relator
filed a petition for writ of mandamus in this Court asking that we compel the
Harris County District Clerk to file his petition for divorce.  See Tex.
R. App. P. 52.

We deny relator=s petition for writ of mandamus.  See Tex.
Gov=t. Code Ann. ' 22.221(a) (courts of appeals have
jurisdiction to issue writs of mandamus against district court judges or county
court judges); In re Washington, 7 S.W.3d 181, 182 (Tex. App.CHouston [1st Dist.] 1999, orig. proceeding) (court of appeals
has no jurisdiction to issue writ of mandamus against district clerk unless
necessary to enforce its jurisdiction).

PER CURIAM

 

Petition Denied
and Opinion filed April 24, 2003.

Panel consists of
Chief Justice Brister and Justices Fowler and Edelman.